

| JEANNETTE J. CLACK<br>CLERK OF COURT | UNITED STATES DISTRICT COURT<br>WESTERN DISTRICT OF TEXAS<br>655 East Cesar E. Chavez Blvd., Rm G-65<br>San Antonio, Texas 78206 | PHILIP J. DEVLIN<br>CHIEF DEPUTY |

July 11, 2016

Clerk
BEXAR COUNTY DISTRICT COURT
101 W. Nueva, Suite 217
San Antonio, TX 78205-3411

    I, Jeannette J. Clack, Clerk of the United States District Court for the Western District of Texas, do hereby certify and transfer the below-styled and numbered cause to the Bexar County District Court pursuant to an Order entered remanding, by the Honorable Judge David A. Ezra. Enclosed is a certified copy of the transferring order and docket sheet in the cause entitled: Case Number: SA-16-CV-492-DAE; Robert Tamez v. Allstate Fire and Casualty Insurance Company, et al..

    IN TESTIMONY WHEREOF, I have hereunto Subscribed my name and affixed the seal of the aforesaid Court at San Antonio, Texas, this 11th day of July, 2016

                                          Jeannette J. Clack, CLERK

                                   BY: _____

                                      Robert F. Flaig, Deputy Clerk